ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Linc Government Services, LLC | ) ASBCA No. 58565 |
| | ) |
| Under Contract No. W91GER-06-D-0006 | ) |

APPEARANCES FOR THE APPELLANT:    Lea Carol Owen, Esq.
    Ben H. Bodzy, Esq.
    Joshua A. Mullen, Esq.
     Baker, Donelson, Bearman,
      Caldwell & Berkowitz, P.C.
    Nashville, TN

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
     Army Chief Trial Attorney
    MAJ Nancy J. Lewis, JA
     Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. The appeal is dismissed with prejudice.

Dated: 16 June 2015

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58565, Appeal of Linc Government Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals